ANNA MARIE DESIMONE, Respondent, v ROYAL GM, INC., et al., Appellants. [856 NYS2d 628]—

By failing to move for a directed verdict pursuant to CPLR 4401 on the issue of whether the plaintiff sustained a "serious injury" under Insurance Law § 5102 (d), the defendants implicitly conceded that the issue was for the trier of fact (*see*

*Miller v Miller,* 68 NY2d 871, 873 [1986]; *Hurley v Cavitolo,* 239 AD2d 559 [1997]). Furthermore, the jury verdict finding, inter alia, that the plaintiff sustained a "significant limitation of use of a body function or system" should not be set aside as against the weight of the evidence, as it could have been reached on a fair interpretation of the evidence (*see Bendersky v M & O Enters. Corp.,* 299 AD2d 434, 435 [2002]). Lastly, the jury award of damages for the plaintiff's rotator cuff injury and herniated cervical disc did not deviate from what would be reasonable compensation (*see* CPLR 5501; *Severin v Benenati,* 251 AD2d 316, 317 [1998]). Ritter, J.P., Florio, Carni and Leventhal, JJ., concur.